IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:20-CR-00139-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW BLAKE FUSSELL,

    Defendant.

ORDER

Before the court is the Defendant's Motion to Seal [DE 31]. Pursuant to Local Criminal Rule 55.2 and for the reasons set forth in DE 30, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 30 until further order of this court. Copies of the sealed document may be provided to counsel for the parties at their requests.

SO ORDERED this 26th day of February, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE