## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## DOCKET NO. 7:20-CR-139-1M

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Matthew Blake Fussell** | ) | |
| | ) | |

On May 3, 2021, Matthew Blake Fussell appeared before the Honorable Richard E. Myers II, Chief United States District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of Firearm by a Felon in violation 18 U.S.C. §§ 922(g)(1) and 924(a)(2). was sentenced to the custody of the Bureau of Prisons for a term of 34 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Matthew Blake Fussell was released from custody and the term of supervised release commenced on July 28, 2022.

From evidence presented at the revocation hearing on April 25, 2024, the court finds as a fact that Matthew Blake Fussell, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to work regularly at a lawful occupation.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Failure to notify the probation officer ten days prior to any change in residence.
4. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked.

**IT IS FURTHER ORDERED** that the defendant be returned to supervision to expire on July 26, 2025, under the terms and conditions previously imposed along with the following additional special conditions of supervised release:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

2. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the Location Monitoring: technology at the discretion of the probation office, and abide by all program requirements, instructions and procedures provided by the supervising officer.

3. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his/her privilege to do so is restored in accordance with law.

Matthew Blake Fussell
Docket No. 7:20-CR-139-1M
Amended Revocation Judgment
Page 2

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

SO ORDERED this 9th day of May, 2024.

Richard E. Myers II
Chief United States District Judge